# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, J.P. LISIECKI**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### STEVEN K. MAYFIELD
### LIEUTENANT (O-3), U.S. NAVY

### NMCCA 201400452
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 26 August 2014.
**Military Judge:** Col D.J. Daughtery, USMC.
**Convening Authority:** Commanding General, 3d Marine Division (-)(REIN), Okinawa, Japan .
**Staff Judge Advocate's Recommendation:** LtCol K.T. Carlisle, USMC.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**16 April 2015**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court